# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
                Appellant,

vs.

ABHISHEK GUNDALA,
                Respondent.

No. 71980

**FILED**

SEP 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____Cherry_____, C.J.

cc:    Hon. Adriana Escobar, District Judge
       Akerman LLP/Las Vegas
       Joseph Y. Hong
       Eighth District Court Clerk

---

[1]Any remaining requests for relief are more appropriately sought in the district court.